# UNITED STATES DISTRICT COURT
for the

_Western_ District of _Virginia_

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

United States of America )
v. )
Anthony L. Hagwood )
) Case No: 4:04CR70014-001
) USM No: 10440-084
Date of Previous Judgment: September 7, 2004 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___160___ months **is reduced to** ___144 months*___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___27___          Amended Offense Level: ___25___
Criminal History Category: ___IV___       Criminal History Category: ___IV___
Previous Guideline Range: __100__ to __125__ months    Amended Guideline Range: __84__ to __105__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
  * The sentence is 84 months on Count 1; and 60 months on Count 6 to run consecutively to Count 1.

Except as provided above, all provisions of the judgment dated ___9/7/2004___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **3-27-08**

Effective Date: 4/7/2008
(if different from order date)

_/s/ Jackson L. Kiser_
Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title